# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV20-09076-MWF (ASx) | Date | November 16, 2020 |
|---|---|---|---|
| Title | Nathan Parker, et. al., v. Garcias Pizza II, Inc., et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem for Minor Child

Plaintiffs are ordered to show cause in writing no later than **November 24, 2020** why William Dussault should be appointed as guardian ad litem for L.P., a minor child, in light of Mr. Dussault's failure to submit a declaration stating that his appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses these deficiencies or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

IT IS SO ORDERED.

cc:   Michael W. Fitzgerald
      U.S. District Judge